John A. Vogt (State Bar No. 198677)
Edward S. Chang (State Bar No. 241682)
Ann T. Rossum (State Bar No. 281236)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539
Email:      javogt@jonesday.com
Email:      echang@jonesday.com
Email:      atrossum@jonesday.com

Jessica McGahie Sawyer (State Bar No. 279230)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
Email: jsawyer@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE FULLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:17-cv-00740-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  04/24/17 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff

1  Bridgette Fuller's claims against Experian Information Solutions, Inc. ("Experian")
2  in the above-captioned matter are dismissed with prejudice.  Plaintiff Bridgette
3  Fuller and Experian shall each bear her or its own costs and attorneys' fees.
4      IT IS SO ORDERED.

Dated:  December 11, 2017

_____
HON. JAMES V. SELNA